**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))**

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Tantaros vs. Fox News Network, LLC et al.     Docket No.: 25-1980

Name of Party: Andrea K. Tantaros

Status of Party (e.g., appellant, cross-appellee, etc.): Appellant

Check one of the three options below:

[X] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Andrea K. Tantaros

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by**:

Print Name: Andrea K. Tantaros     Date: 03/30/26

Signature: _____

(Revised December 2011)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

In re: Andrea K. Tantaros,

*Appellant.*

v.                                                                                    Case No. 25-1980

Fox News Network, LLC, et al.

*Appellees*,

Elizabeth Ailes on behalf of The Estate of Roger Ailes,

*Respondent.*

## CERTIFICATE OF SERVICE

I, Andrea K. Tantaros, being duly sworn and state as follows under penalty of perjury:

1. I am over the age of 18. I submit this Certificate of Service in support of my compliance with Federal Rules of Appellate Procedure.

2. On April 2, 2026, I caused a true and correct copy of USCA Oral Argument Statement (Local Rule 31.4 (a)) in Case No. 25-1980 via the Court's ACMS System via prosecases@ca2.uscourts.gov at the direction of Case Initiation Department and via email to opposing counsel of record.

   Paul Evans, Stephen Gilstrap, Angie Romero
   Paul Hastings, LLP
   200 Park Avenue
   New York, New York 10166
   *Counsel for Fox News Network, LLC, Suzanne Scott, Irena Briganti, Dianne Brandi*

   Marion Bachrach, Jonathan Halpern, Eliot Magruder
   Holland & Knight
   737 Seventh Avenue
   New York, New York 10019
   *Counsel for William Shine*

Brendan Carroll
Quinn Emanuel
295 Fifth Avenue
9th Floor
New York, New York 10019
*Counsel for Elizabeth Ailes of Behalf of The Estate of Roger Ailes*


Dated: April 2, 2026

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Appellant*

302A West 12th Street
Suite 120, New York, New York 10014
Tel: 917.923.5160